MINUTE ENTRY  April 19, 2005
         10:10 a.m.

 EEOC - vs -  SAKO CORPORATION


PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
    Sanae Shmull, Court Reporter
    Michelle C. Macaranas, Deputy Clerk
    Wilfredo Tungol, Attorney for EEOC
    David Offen-Brown, Attorney for Plaintiff telephone (415) 989-4730
    David Cook, Attorney for Plaintiff telephone (415) 989-4730


PROCEEDINGS: MOTION FOR ENTRY OF DEFAULT JUDGMENT


 Plaintiffs were represented in court by Mr. Wilfredo Tungol and David Offen-Brown via telephone.  Also present via telephone was Mr. David Cook.  Defendant was not present.

 The Court announced its tentative ruling to grant the motion.  Attorney Tungol argued the motion.  The Court adopted its tentative ruling and granted the motion as prayed for and ordered that the Clerk prepare all forms needed for a certification of judgment by today.  Attorney Tungol withdraw his motion for a writ.


        Adjourned 10:15 a.m.;    [MCM EOD 04/19/2005]