IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUL 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>)     Plaintiff,  )<br>)<br>-v-  )<br>)<br>SAKO CORPORATION,  )<br>)<br>_____Defendant._____  ) | CIVIL CASE NO. 04-0025<br><br>REPORT ON ORDER TO APPEAR ON A WEEKLY BASIS |

This is to report that the defendant or any of his representatives failed to appear this date as ordered in a Second Amended Order For Assignment Of Rights, Restraining Order And To Appear On A Weekly Basis issued by the court on April 26, 2005.

Dated this 26th day of July, 2005.

Galo L. Perez, Clerk of Court

By: Ignacio C. Benavente
Chief Deputy