F I L E D
Clerk
District Court

AUG – 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.

SAKO CORPORATION,

        Defendant.

CASE NO. CV-04-0025

**ORDER TO SHOW CAUSE**

On April 26, 2005, the Court issued an Second Amended Order for Assignment of Rights, Restraining Order and to Appear on a Weekly Basis (Doc. #24).  At paragraph 4 of the order, the Court ordered and stated the following:

> Defendant [Sako Corporation] shall appear on a weekly basis beginning May 3, 2005 at 9:00 a.m. and each Tuesday thereafter at the same time, before the Clerk of Court to testify as to the condition of all of the **Accounts** and account receivable, notes, instruments, checks, warrants, deposits, and other rights of payment of money and evidence thereof, and to periodically hand over and deliver to the Clerk of Court, for the benefit of plaintiff, any and all documentary evidence of any of the **Accounts** herein, including checks, drafts, money orders, accounts and deposit accounts, pursuant to 7 CMC §§ 4205, 4206(b) and 4209(b).

\* \* \*

NOTICE TO JUDGMENT DEBTOR SAKO CORPORATION

Failure to comply with this order may result in contempt of court.

It has come to the attention of the Court that defendant has not appeared as ordered by paragraph 4 since May 24, 2005.

///

1    Based on the foregoing, it is **ORDERED** that the defendant, Sako Corporation, shall appear

2  in this Court by and through a designated representative on August 18, 2005 at 9:00 a.m., and then and

3  there show cause, if Sako Corporation have any, why an order adjudging Sako Corporation to be in

4  contempt of court, and imposing suitable punishment should not be entered against Sako Corporation.

5    **SO ORDERED** this _5ᵀᴴ_ day of August, 2005

6

7    _____

    Alex R. Munson

8    Chief Judge, United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2