| | |
|---|---|
| 1  MARK K. WILLIAMS, Bar No. F 0222<br>   SMITH & WILLIAMS<br>2  Attorneys at Law<br>   P.O. Box 5133 CHRB<br>3  Saipan MP 96950<br>   Tel:   233-3334<br>4  Fax:   233-3336 | F I L E D<br>Clerk<br>District Court<br><br>AUG 1 8 2005<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

5  Attorneys for Hyung Ki Min

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>SAKO CORPORATION,<br><br>　　　　　Defendant. | CIVIL ACTION NO. CV-04-0025<br><br><br>**DECLARATION OF<br>MARK K. WILLIAMS**<br><br><br>Date:  N/A<br>Time:  N/A<br>Judge: Hon. Alex R. Munson |

　　　　I, MARK K. WILLIAMS, declare that if called as a witness, I would competently and truthfully testify as follows:

1.　　I am one of the attorneys for Mr. Hyung Ki Min in the above referenced civil action.

2.　　A true and correct copy of Mr. Min's resignation as an officer and director of Sako Corporation is attached hereto as Exhibit 1.

3.　　The resignation letter is submitted pursuant to the Court's order dated August 18, 2005, during a show cause hearing in this matter.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on August 18, 2005, at Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark K. Williams
　　　　　　　　　　　　　　　　　　　　　　　　　　MARK K. WILLIAMS



2005 MAR -2 PM 4:00

/223828

**HYUNG KI MIN**
PMB 11, P.O.BOX 10001
Saipan, MP 96950

February 28, 2005

The Chairman
Board of Directors
Sako Corporation
P.O.Box 501417
Saipan, MP 96950

Dear Sir:

   Re: Resignation as Vice-President/Secretary/Director

   This is to inform you that effective on the date hereof, I am resigning as Vice-President/Secretary/Director of Sako Corporation.

   Thank you.

                                          Sincerely,

                                          Hyung Ki Min



EXHIBIT 1