F I L E D
Clerk
District Court

AUG 18 2005

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*********************************************************************************

CV-04-0025                                              August 18, 2005
                                                        9:40 a.m.

### EEOC - vs - SAKO CORPORATION

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Wilfred Tungol, Attorney for EEOC (appearing by phone).
                Mark Williams, Attorney for Mr. Min and Mr. Ham

PROCEEDINGS:    ORDER TO SHOW CAUSE

   Plaintiffs were represented by Attorney Wilfred Tungol via telephone. Attorney Mark Williams appeared on behalf of Mr. Min and Mr. Ham. Defendant Sako Corporation was not represented.

   Court inquired as to whether Mr. Min or Mr. Ham represented Sako Corporation. Attorney Mark Williams replied that they did not.

   Court, after hearing testimony, stated that no one had shown up from Sako Corporation and therefore this order to show cause would be withdrawn.

   Court informed the EEOC that unless it could find a person to represent Sako Corporation it would not attempt to enforce paragraph 4 of the Court's April 26, 2005 order.

                                        Adjourned 9:50 a.m.

                                        K. Lynn Lemieux, Courtroom Deputy