District Court

AUG 18 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1

2

3

4

5

6

7

8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

9

10

11

12

13

14

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | CASE NO. CV-04-0025 |
| | **ORDER** |
| v. | |
| SAKO CORPORATION, | |
| Defendant. | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    This matter came before the Court on August 18, 2005 for hearing on the Order to Show Cause (Doc. #40) issued by the Court on August 5, 2005. Wilfredo Tungol, Esq. appeared on behalf of the Equal Employment Opportunity Commission ("EEOC"). Mark Williams, Esq. appeared with and for Hyung Ki Min and Jun Young Ham.

    Mr. Williams stated that he appeared before the Court to clarify that neither he nor Mr. Min and Mr. Ham represent Sako Corporation as was thought by the EEOC. Mr. Williams stated that Mr. Min, although once a vice-president of Sako, had in fact resigned from the company in February of 2005. A declaration from Mr. Williams and Mr. Min was produced (and filed that same day) to that effect. Mr. Williams further stated that Mr. Ham was never a manager or representative of Sako. The EEOC accepted these representations.

    After further discussions, it became apparent to the Court that there is no evident means to enforce paragraph 4 of the Court's April 26, 2005 Order. The Court informed the EEOC that unless it could find a person to represent Sako and fulfill paragraph 4, it would not attempt to enforce that

1   provision. As a result, the Court withdrew the Order to Show Cause.

2        Based on the foregoing, it is **ORDERED** that the Order to Show Cause (Doc. #40) issued by

3   the Court on August 5, 2005 is hereby withdrawn.

4        **DATED** this _18_ day of August, 2005

5

6                              Alex R. Munson

7                              Alex R. Munson

                              Chief Judge, United States District Court